UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA CALDERON on behalf of minor E.C., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>　　　　Defendant. | CASE NUMBER: 1:21-cv-01578-GSA <br><br> **ORDER REGARDING SERVICE AND STAY** |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for benefits under the Social Security Act. Plaintiff paid the filing fee and the Clerk of Court issued new case documents and electronically served Defendant.

Accordingly, it is **ORDERED** that:

1. No scheduling order will issue until Defendant files the certified administrative record and the General Order 615 stay is lifted.

2. Counsel shall complete the form of consent/decline to proceed before a magistrate judge within 90 days of the issuance thereof, notwithstanding the stay.

3. <u>Plaintiff need not serve the Commissioner.</u>

4. Service on the defendant proceeds under the Court's E-Service program as follows. Once the summons is issued, the Clerk of Court delivers to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint. The Commissioner has agreed not to raise

a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **October 29, 2021**              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE