JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

E.R. *guardian ad litem* Perla Calderon,      )      Case No. 1:21-cv-01578-DAD-GSA
                                               )
                 Plaintiff,                    )      STIPULATION AND ORDER
                                               )      FOR EXTENSION OF TIME
        vs.                                    )
                                               )
Kilolo Kijakazi, Acting                        )
Commissioner of Social Security,               )
                                               )
                 Defendant.                    )
                                               )
                                               )
                                               )
_____)

        IT IS HEREBY STIPULATED, by and between the parties through their
respective counsel of record, with the Court's approval, that Plaintiff shall have a
30-day extension of time, from  August 29, 2022 to September 28, 2022, for
Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All
other dates in the Court's Scheduling Order shall be extended accordingly.

        This is Plaintiff's second request for an extension of time.  Good cause
exists for Plaintiff's request. In the months of May through July 21, 2022, Counsel
has received an influx of Social Security Certified Administrative Records (CAR).

A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

Additionally, for the weeks of August 22, 2022 and August 29, 2022, Counsel currently has 15 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:        August 9, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: August 9, 2022        PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Andrea Banks*
Andrea Banks
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on August 9, 2022)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **August 9, 2022**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE